1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AKIKA PARKER,                         No.  2:24-cv-01195-EFB (PC)

12                Plaintiff,

13         v.                                ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
14    SACRAMENTO, et al.,

15                Defendants.

16

17         By order filed February 11, 2025, the court ordered plaintiff to file a completed in forma

18    pauperis application and trust account statement or an amended complaint clarifying that plaintiff

19    is not currently detained as a result of being accused of, convicted of, or sentenced for a criminal

20    offense.  ECF No. 6.  The thirty-day period provided by the court has now expired, and plaintiff

21    has not responded to the court's order.

22         Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

23    was properly served.  It is the plaintiff's responsibility to keep the court apprised of a current

24    address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

25    the party is fully effective.

26         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a

27    district judge to this action.  IT IS FURTHER RECOMMENDED that this action be dismissed

28    without prejudice.  *See* Local Rule 110; Fed. R. Civ. P. 41(b).

1

1    These findings and recommendations are submitted to the United States District Judge

2   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3   after being served with these findings and recommendations, plaintiff may file written objections

4   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

5   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

6   time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153

7   (9th Cir. 1991).

8

9   Dated: April 28, 2025

10                                              EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28