UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKA PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-01195-TLN-EFB<br><br>**ORDER** |

Plaintiff Akika Parker ("Plaintiff") proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

By order filed February 11, 2025, the Court ordered Plaintiff to file a completed in forma pauperis application and trust account statement or an amended complaint clarifying that Plaintiff is not currently detained as a result of being accused of, convicted of, or sentenced for a criminal offense. (ECF No. 6.) The thirty-day period provided by the Court has now expired without a response from Plaintiff, and the magistrate judge accordingly recommended that the case be dismissed without prejudice. (ECF No. 7.) Plaintiff has not filed objections to the recommendation.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the plaintiff's responsibility to

1

1  keep the Court apprised of a current address at all times. Pursuant to Local Rule 182(f), service
2  of documents at the record address of the party is fully effective.
3      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
4  Court has conducted a de novo review of this case. Having carefully reviewed the entire
5  file, the Court finds the findings and recommendations to be supported by the record and by
6  proper analysis.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1. The findings and recommendations filed April 28, 2025, (ECF No. 7) are adopted in
9         full; and
10     2. The case is dismissed without prejudice for the reasons stated in the findings and
11        recommendations and the Court's February 11, 2025 screening order (ECF No. 6).
12     IT IS SO ORDERED.
13  DATED: June 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2